AMADOR, Appellant, v. MARTINEZ et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Estavan Amador against Delfin Mar-

tinez and another. H. Goldmark, of New York City, for appellant. V. H. Smith, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.